[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-15980
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00304-KD-N-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EDGAR V. BROUSSARD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(July 19, 2013)

Before WILSON, HILL and ANDERSON, Circuit Judges.

PER CURIAM:

Neil H. Hanley, appointed counsel for Edgar V. Broussard in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396,

18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.   Because

independent examination of the entire record reveals no arguable issues of merit,

counsel's motion to withdraw is **GRANTED**, and Broussard's revocation and

sentence are **AFFIRMED**.